# United States District Court
# Southern District of Illinois

| | | |
|---|---|---|
| **COMMUNITY BANK OF TRENTON,** | ) | |
| **UNIVERSITY OF ILLINOIS EMPLOYEES** | ) | |
| **CREDIT UNION,** | ) | |
| **FIRST FEDERAL SAVING BANK OF** | ) | |
| **CHAMPAIGN-URBANA** | ) | |
| **Plaintiff,** | ) | **Case Number: 15-cv-1125-MJR-RJD** |
| **v.** | ) | |
| | ) | |
| **SCHNUCK MARKETS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL ACTION

By Order, on May 1, 2017, the Court dismissed with prejudice Plaintiffs' claims against Defendant SCHNUCK MARKETS, INC. for failure to state a claim upon which relief can be granted. Judgment entered in favor of Defendant and against Plaintiffs.

Dated: May 1, 2017

Justine Flanagan, Acting Clerk of Court
*s/ Reid Hermann*
Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge