# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

April 11, 2018

Before: DIANE P. WOOD, Chief Judge
DAVID F. HAMILTON, Circuit Judge
ELAINE E. BUCKLO, District Court Judge*

| | |
|---|---|
| No. 17-2146 | COMMUNITY BANK OF TRENTON, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>SCHNUCK MARKETS, INCORPORATED,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 3:15-cv-01125-MJR-RJD<br>Southern District of Illinois<br>District Judge Michael J. Reagan |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

---

*The Honorable Elaine E. Bucklo, United States District Judge for the Northern District of Illinois, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)